**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Wilberto Granda      JOINT DEBTOR:                    CASE NO.:
Last Four Digits of SS# 1617 Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 938.59 for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650         TOTAL PAID $ 1900 Balance Due $ 1750
    payable $ 437.50/month (Months 1 to 4)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                           Arrearage on Petition Date  $
Address:                          Arrears Payment   $        /month (Months       to       )
                                  Regular Payment   $        /month (Months       to       )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. none                  Total Due $
    Payable  $        /month (Months ___ to ___) Regular Payment $

Unsecured Creditors: Pay $ 407.23/month (Months 1 to 4) and Pay $ 844.73/month (Months 5 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                        Joint Debtor
Date: 7-16-2015                                Date:


LF-31 (rev. 01/08/10)