# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### First Modified Plan

DEBTOR: Wilberto Granda     JOINT DEBTOR:_____     CASE NO.: 15-22802-LMI
Last Four Digits of SS# 1617    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 220.55 for months 1 to 9; in order to pay the following creditors:
    B.    $ 1028.79 for months 10 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 (motion to modify) = 4175  TOTAL PAID $ 1900
                   Balance Due $ 2275
                   payable $ 0.00/month (Months 1 to 9); payable $ 568.75/month (Months 10 to 13)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                Arrearage on Petition Date $_____
Address:_____    Arrears Payment $_____/month (Months ___ to ___)
                       Regular Payment $_____/month (Months ___ to ___)
Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. none                Total Due $_____
                     Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00/month (Months 1 to 9); Pay $ 357.16/month (Months 10 to 13) and Pay $ 925.91/month (Months 14 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                       _____
Attorney for the Debtor                              Joint Debtor
Date: 5-13-2016                                    Date:_____

LF-31 (rev. 01/08/10)